UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-22-CV-00029-FM |
| PELICAN INVESTMENT HOLDINGS GROUP, LLC b/d/a AAP a Delaware Limited Liability Company; DIMENSION SERVICE CORPORATION, INC., an Ohio Corporation; GUS RENNY aka GUSTAV RENNY; SING FOR SERVICES, LLC d/b/a MEPCO; and SUNPATH LTD, | § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO FILE RESPONSE

Before the court is "Plaintiff's Opposed Motion for Leave to File a Response to Defendant Sing for Services, LLC d/b/a Mepco Motion to Dismiss Out of Time" ("Motion") [ECF No. 42], filed June 30, 2022 by Plaintiff Erik Salaiz. The court has already ruled on Defendant Mepco's motion to dismiss. Plaintiff's Motion is therefore moot. Accordingly, it is **HEREBY ORDERED** that "Plaintiff's Opposed Motion for Leave to File a Response to Defendant Sing for Services, LLC d/b/a Mepco Motion to Dismiss Out of Time" [ECF No. 42] is **DENIED**.

**SIGNED AND ENTERED** this **10th** day of **November 2022.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

1